NICOLE P. DOGWILL (SBN 211653)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

THOMAS L. MILLS (SBN DC 911495)
ERIC J. MARCOTTE (SBN DC 446926)
*Admitted Pro Hac Vice*
WINSTON & STRAWN LLP
1400 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 371-5700
Facsimile: (202) 371-5950

Attorneys for Plaintiff
PATRIOT CONTRACT
SERVICES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRIOT CONTRACT SERVICES, LLC, ) | Civil Action No. C04 5428 MJJ |
| Plaintiff, ) ) | **PLAINTIFF PATRIOT CONTRACT SERVICES, LLC'S NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) ) | |
| THE UNITED STATES OF AMERICA, ) ) | The Honorable Martin J. Jenkins |
| Defendant. ) ) | |

**PLAINTIFF PATRIOT CONTRACT SERVICES, LLC'S
NOTICE OF VOLUNTARY DISMISSAL
Case No. C 04 5428 MJJ**
SF:111872.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Patriot Contract Services, LLC ("Patriot") voluntarily dismisses the above-captioned action without prejudice.

Dated: July 29, 2005               WINSTON & STRAWN, LLP

                                   By_____/s/_____
                                       Nicole P. Dogwill
                                       Counsel for Plaintiff PATRIOT CONTRACT
                                       SERVICES, LLC

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]*

8/2/2005

**PLAINTIFF PATRIOT CONTRACT SERVICES, LLC'S
NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 04 5428 MJJ**
SF:111872.1