IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT CONTRACT SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant.<br>_____ / | No. C04-05428 MJJ<br><br>**ORDER VACATING JUDGMENT** |

On April 13, 2005, this Court issued its Order denying the Government's Motion to Transfer this action to the United States Court of Federal Claims. (Doc. #146.) The Government thereafter appealed the Court's Order to the United States Court of Appeals for the Federal Circuit. (Doc. #187.) Subsequently, the Government moved to vacate this Court's Order denying its Motion and to dismiss the appeal on the ground that, after the Government filed its appeal, Plaintiff Patriot Contract Services, LLC, voluntarily dismissed the district court action. (*See* Doc. #206.) On October 19, 2005, the Court of Appeals for the Federal Circuit issued an order granting the Government's motion for vacatur, remanding the case to this Court, and instructing this Court to vacate the April 13, 2005 Order as moot. (Doc. #209.) Accordingly, the Court's April 13, 2005 Order is **VACATED AS MOOT.**

**IT IS SO ORDERED.**

Dated:  11/16/2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE